```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 07 B 16518
   JOSE I RODRIGUEZ
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-0786

------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 09/11/2007 and was not confirmed.

     The case was dismissed without confirmation 10/29/2007.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------

PEOPLES GAS LIGHT & COKE  UNSEC W/INTER         84.11           .00           .00
WELLS FARGO HOME MORTGAG  CURRENT MORTG           .00           .00           .00
WELLS FARGO HOME MORTGAG  MORTGAGE ARRE      50909.31           .00           .00
DAIMLER CHRYSLER FINANCI  SECURED VEHIC      25386.00           .00           .00
DR JOHN RIGGS             UNSEC W/INTER        484.00           .00           .00
AIS SERVICES LLC          UNSEC W/INTER        857.52           .00           .00
TCF NATIONAL BANK         UNSEC W/INTER    NOT FILED            .00           .00
BENFCL/HFC                UNSEC W/INTER    NOT FILED            .00           .00
HSBC                      UNSEC W/INTER    NOT FILED            .00           .00
COMMONWEALTH EDISON       UNSEC W/INTER    NOT FILED            .00           .00
HAUSMAN KUNKEL INC        UNSEC W/INTER    NOT FILED            .00           .00
JEFFREY D THAV            DEBTOR ATTY       3,060.00                          .00
TOM VAUGHN                TRUSTEE                                             .00
DEBTOR REFUND             REFUND                                              .00


        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                        ---------------     ---------------
TOTALS                        .00                     .00




             PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 16518 JOSE I RODRIGUEZ
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/22/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE